JUDGE CHIN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL CORPORATE & SPECIALTY NA,
formerly known as, ALLIANZ INSURANCE COMPANY, AS
SUBROGEE OF DAIMLER CHRYSLER SERVICES NA

08 CV 00563

Case No.

-v-

**Rule 7.1 Statement**

DOUGLAS L. SACKS

Defendant.

---



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____

ALLIANZ GLOBAL CORPORATE & SPECIALY NA    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Allianz SE is a publicly held company that indirectly holds 10% or more of Allianz Global Corporate & Specialty NA.

Date: _1/14/08_

Signature of Attorney

Attorney Bar Code: _8564_