AFFIDAVIT OF SUITABLE SERVICE

INDEX # 08CV00563 N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Allianz Global Corporate & Specialty Na
Fka Allianz Insurance Company Etc

- against -

Douglas L Sacks

BUCKLEY AND FUDGE P A
26 Broadway   Ste 707
NEW YORK
NY 10004

(212) 514-7400

Atty File #          Record # 107048          File # 1006

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 02/11/08 at 10:51am at 1111 Park Avenue Apt 4a New York Ny 10128 deponent served the within Summons & Complaint In A Civil Action on
Douglas L Sacks
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Patty Sacks wife
a person of suitable age and discretion at 1111 Park Avenue Apt 4a New York Ny 10128 said premises being the recipient's usual place of abode within the State of New York.

Deponent completed service by depositing a copy of the Summons & Complaint In A Civil Action on 02/12/08 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 1111 Park Avenue Apt 4a New York Ny 10128

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 60 Years   Approx Weight: 110 Lbs.   Approx Height: 5'6"
Sex: Female   Color of Skin: White   Color of Hair: Black
Other:

Deponent spoke to Patty Sacks -Wife same as above,
Inquired as to the defendants place of business and received a negative reply and confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and that the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 02/12/08
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  2/12/08 |
| NAME OF SERVER (PRINT)  HARRY TORRES | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: PATTY SACK (wife)

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/08
           Date              Signature of Server

SUPREME JUDICIAL SERVICES INC.
Address of Server  371 MERRICK ROAD SUITE 202
ROCKVILLE CENTRE, NY 11570

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.