UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALLIANZ GLOBAL CORPORATE & SPECIALTY NA,
formerly known as ALLIANZ INSURANCE COMPANY,
AS SUBROGEE OF DAIMLER CHRYSLER
SERVICES NA,

                  Plaintiff,

          vs.

DOUGLAS L. SACKS,

                 Defendant.
-----------------------------------------------------------------x

08 CV 00563 (DC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2008

      IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel that the time for Defendant Douglas L. Sacks to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended from March 12, 2008 to and including April 11, 2008.

Dated: New York, New York
       March 6, 2008

_____
Jill E. Sodafsky, Esq. (JS 8564)
Buckley & Fudge, PA
Attorneys for Plaintiff
225 Broadway, Suite 2600
New York, New York 10004
(212) 514-7400

_____
John C. Canoni, Esq. (JC 8617)
Kasowitz, Benson, Torres & Friedman LLP
Attorneys for Defendant
1633 Broadway
New York, New York 10019
(212) 506-1700

SO ORDERED:

_____
Hon. Denny Chin, U.S.D.J.

Date: March 12, 2008