UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ALLIANZ GLOBAL CORPORATE & SPECIALTY NA, :
formerly known as ALLIANZ INSURANCE COMPANY, :  08 CV 00563 (DC)
AS SUBROGEE OF DAIMLER CHRYSLER           :
SERVICES NA,                              :
                                          :
                Plaintiff,        :
                                          :
            vs.                 :  **NOTICE OF**
                                          :  **APPEARANCE**
DOUGLAS L. SACKS,                         :
                                          :
                Defendant.        :
------------------------------------------------------------------------x

       Defendant, DOUGLAS L. SACKS, by and through his attorneys, Kasowitz, Benson, Torres & Friedman LLP, hereby give notice of their appearance in the above-captioned matter and that all future correspondence and papers in connection with this action are to be directed to the undersigned at the address indicated below.

Dated: New York, New York
       April 11, 2008

                                    Respectfully submitted,

                       By:    /s/ John C. Canoni
                            John C. Canoni, Esq.
                            (jcanoni@kasowitz.com)
                            Kasowitz, Benson, Torres &
                              Friedman LLP
                            Attorneys for Defendants
                            1633 Broadway
                            New York, New York 10019
                            (212) 506-1700

To:   Jill E. Sodafsky, Esq.
       Buckley & Fudge, PA
       225 Broadway, Suite 2600
       New York, New York 10004
       (212) 514-7400