C36341CH.3634 RWV/pf
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ALLIANZ GLOBAL CORPORATE & SPECIALTY NA,
formerly known as, ALLIANZ INSURANCE COMPANY,
AS SUBROGEE OF DAIMLER CHRYSLER SERVICES,
NA,

Case Number
08 CV 00563

                                    Plaintiff(s)

**CONSENT TO CHANGE ATTORNEY**

       -against-

DOUGLAS L. SACKS,

                                    Defendant(s)
---------------------------------------------------------------------------X

    **IT IS HEREBY CONSENTED THAT**, The Law Offices of Curtis, Vasile P.C., of No. 2174 Hewlett Avenue, P.O. Box 801, Merrick, New York, be substituted as attorneys of record for the undersigned defendant, DOUGLAS L. SACKS in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated:    Merrick, New York
            May 6, 2008

_____
DOUGLAS L. SACKS

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

BY:_____
JOHN C. CANONI, ESQ.

LAW OFFICES OF CURTIS, VASILE P.C.

BY:_____
ROY M. VASILE   (RWV-7724)

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK )

    On the 14 day of May, 2008, before me, the undersigned, personally appeared DOUGLAS L. SACKS, personally known to me or proved to me on the basis of satisfactory

KIMBERLY MERRIMAN
NOTARY PUBLIC, State of New York
No. 01ME6151813
Qualified in Kings County
Commission Expires Aug. 28, 2010

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NASSAU    )

THERESA KRZEMINSKI, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over eighteen (18) years of age and resides in Merrick, New York.

That on 21st day of May, 2008 deponent served the within Consent to Change Attorney Form upon the following attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in post office box under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   BUCKLEY & FUDGE
      Attorney for Plaintiff
      26 Broadway
      Suite 707
      New York, NY 10004

_____
THERESA KRZEMINSKI

Sworn to before me this
21st day of may, 2008

_____
Notary Public

MARIANNE FORCE
NOTARY PUBLIC, State of New York
No. 01FO5854239
Qualified in Nassau County
Comm. Expires Jan. 7, 19____
2010